IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0296 |
| | ) | |
| GI-LA BUILDERS, INC., an Illinois corporation, | ) | JUDGE JOHN W. DARRAH |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Frank Gill, Registered Agent/President   Mr. Frank Gill, Registered Agent/President
  Gi-La Builders, Inc.   Gi-La Builders, Inc.
  1121 W. 171st Street   2417 187th Place
  East Hazel Crest, IL 60429   Lansing, IL  60438

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **11th** day of **March 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable John W. Darrah, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1203, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/  Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 4th day of March 2008:

      Mr. Frank Gill, Registered Agent/President
      Gi-La Builders, Inc.
      1121 W. 171st Street
      East Hazel Crest, IL 60429

      Mr. Frank Gill, Registered Agent/President
      Gi-La Builders, Inc.
      2417 187th Place
      Lansing, IL   60438

      /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\GI-LA Builders\notice of motion.jdg.df.wpd